Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650
Email: lpadway@padway.com

Attorneys for Defendants
Fresno French Bread Bakery, Inc.,
dba Basque French Bakery, and Alvin Lewis


John C. Provost, Esq., SBN 125458
BEESON, TA YER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: jprovost@beesontayer.com

Attorneys for TRUSTEES ON BEHALF OF NORTHERN
CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO FRENCH BREAD BAKERY, INC., d/b/a BASQUE FRENCH BAKERY, and ALVIN LEWIS, an individual,<br><br>Defendants. | Case No. 12-CV-00187 LJO-BAM<br><br>STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE<br><br>**NEW DATE:** **August 21, 2012**<br><br>**TIME:** **9:00 a.m.**<br><br>**CTRM:** **8 (6th Floor)**<br>**Barbara A. McAuliffe**<br>**U.S. Magistrate Judge** |

1    Whereas, there is a Mandatory Scheduling Conference set for June 25, 2012 at 10:00 a.m. before Magistrate Judge Barbara A. McAuliffe;

   Whereas, defendants have filed a motion to dismiss the complaint under FRCP Rule 12(B)(6) which is set for hearing on July 30, 2012 at 8:30 a.m. before the Honorable Lawrence J. O'Neill; and

   Whereas the ruling on that motion will determine the scope of work to be done in this case.

   Now therefore the parties stipulate that the Mandatory Scheduling Conference be continued from June 25, 2012 to July 30, 2012, or the earliest date thereafter that is convenient to the Court.

Dated: June 1, 2012        /s/ Laurence F. Padway
                           Laurence F. Padway
                           Attorney for defendant Fresno French Bread Bakery, Inc., dba Basque French Bakery, and Alvin Lewis

Dated: June 1, 2012        /s/ John C. Provost
                           John C. Provost
                           Attorney for Trustees on Behalf of Northern California General Teamsters Security Fund

**ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from July 12, 2012 at 10:00am to August 21, 2012 at 9:00 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone.

IT IS SO ORDERED.

Dated:   **June 4, 2012**            /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE