UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRESNO FRENCH BREAD BAKERY, INC., d/b/a BASQUE FRENCH BAKERY, and ALVIN LEWIS, an individual,<br><br>    Defendants. | Case No. 12-CV-00187 LJO-BAM<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>**NEW DATE:**  August 30, 2012<br><br>**TIME:**  8:30 a.m.<br><br>**CTRM:**  **8 (6th Floor)**<br>**Barbara A. McAuliffe**<br>**U.S. Magistrate Judge** |

**ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from August 21, 2012 at 9:00am to August 30, 2012 at 8:30 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone.

IT IS SO ORDERED.

Dated:  June 7, 2012           /s/ **Barbara A. McAuliffe**
                               UNITED STATES MAGISTRATE JUDGE