# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO FRENCH BREAD BAKERY, INC. d/b/a BASQUE FRENCH BAKERY, and ALVIN LEWIS, an individual,<br><br>Defendants.<br>_____/ | CASE NO. 1:12-CV-0187-LJO-BAM<br><br>**ORDER AFTER STATUS CONFERENCE AND CONTINUING SCHEDULING CONFERENCE**<br><br>**NEW DATE:** November 6, 2012<br><br>**TIME:** 9:00 a.m.<br><br>**CTRM:** 8 (6th floor)<br>Barbara A. McAuliffe<br>U.S. Magistrate Judge |

## ORDER

On September 18, 2012, this Court conducted a status conference in lieu of the parties initial scheduling conference. Counsel John Provost appeared telephonically on behalf of Plaintiff. Laurence Padway appeared telephonically on behalf of Defendants. At the time of the hearing, Defendants indicated a desire to join an additional defendant. After discussion with counsel, the Court declined to set a schedule for this action. Instead, the Court continues the scheduling conference and sets the following dates.

**1. Amendment To The Parties' Pleadings**

The parties have stipulated to Defendants filing an amended pleading to name a third party. Pursuant to the stipulation of the parties, Defendants' amendment to the pleadings shall be filed no later than **September 25, 2012** and served on or before **October 10, 2012.**

**2.     New Scheduling Conference**

The initial scheduling conference is continued to **November 6, 2012** at 9:00 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, including participation by the third party, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear telephonically by arranging a conference call prior to contacting chambers at (559) 499-5789.

**3.     Consent To Magistrate Judge**

Due to this Court's heavy caseload, the parties are encouraged to consent to conducting further proceedings by a United States Magistrate Judge. The current parties are advised to inform the Court if they consent to magistrate jurisdiction by filing consent forms on or before **September 26, 2012.**

**4.     Settlement Conference**

A Settlement Conference with all parties will be held on **January 22, 2013, at 9:30 a.m.** in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u> shall appear at the settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

IT IS SO ORDERED.

Dated:   September 18, 2012            /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE