1  Laurence F. Padway (SBN 083914)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, CA  94501
3  Telephone: (510) 814-6100
   Facsimile: (510) 814-0650
4  Email: lpadway@padway.com

5  Attorneys for Defendants
   Fresno French Bread Bakery, Inc.,
6  dba Basque French Bakery, and Alvin Lewis

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    Fresno Division

11 TRUSTEES ON BEHALF OF THE            Case No. 12-CV-00187 LJO-BAM
   NORTHERN CALIFORNIA GENERAL
12 TEAMSTERS SECURITY FUND,             STIPULATION AND ORDER TO
                                        CONTINUE DISCOVERY DEADLINES
13            Plaintiff,
         vs.
14                                      Trial Date: October 22, 2013

15 FRESNO FRENCH BREAD BAKERY,
   INC., d/b/a BASQUE FRENCH BAKERY,
16 and ALVIN LEWIS, an individual,     Hon. Barbara A. McAuliffe

17            Defendants.

18 AND RELATED CROSS-ACTION

19

20

21       Whereas, the parties agreed to January 22, 2013 for a mandatory settlement conference in

22 this matter and to March 1, 2013 for the completion of non-expert discovery, but the Court was

23 required to postpone the settlement conference and the earliest date on which it could be

24 re-scheduled was March 19, 2013, which will follow the close of discovery;

25       Whereas, the parties want to try and settle this matter before they incur significant

26 discovery and other litigation expenses, and they can accomplish this only by postponing the

27 expert and non-expert discovery deadlines in this matter, and those deadlines can be extended

28                          Page 1 of 3              Case No. 12-CV-00187 LJO-BAM

without affecting the dates for the trial, pretrial conference, and filing and hearing of dispositive motions in this matter;

Whereas, the Court's Order of November 27, 2012 set discovery deadlines as follows:

Expert Disclosures- 4/1/2013;

Supplemental Expert Disclosures- 4/12/2013;

Non-Expert Discovery Cutoff- 3/1/2013; and

Expert Discovery Cutoff- 5/15/2013

Whereas, there is a Settlement Conference scheduled for March 19, 2013 before Judge Barbara A. McAuliffe;

Whereas, the parties wish to continue the discovery deadlines to potentially avoid unnecessary expenditures;

Now, therefore, the parties stipulate to the following discovery deadline:

Close of Non-expert Discovery: June 15, 2013

Last Day for Expert Disclosure: June 1, 2013

Last Day for Supplemental Expert Disclosure: June 12, 2013

Close of Expert Discovery: July 15, 2013

This stipulation will not affect the ability of the parties to comply with the other deadlines set forth in the Order for Pretrial Preparation.

IT IS SO STIPULATED.

Dated: January 29, 2013        /s/ Laurence F. Padway
                               Laurence F. Padway
                               Attorney for defendant  Fresno French Bread Bakery, Inc.,
                               dba Basque French Bakery, and Alvin Lewis

Dated: January 29, 2013        /s/ John C. Provost
                               John C. Provost

Case No. 12-CV-00187 LJO-BAM

Attorney for Trustees on Behalf of Northern California
General Teamsters Security Fund

Dated: January 29, 2013        /s/ Nicholas P. Burke
                               Nicholas P. Burke
                               Attorneys for Cross-Defendant John Muir Health


## <u>ORDER</u>

The Court having considered the parties' stipulation to modify the discovery deadlines finds

that good cause exists to continue the scheduling order deadlines to the following dates:

| | | | |
|---|---|---|---|
| **1.** | **Non-Expert Discovery Cutoff:** | June 15, 2013 |
| **2.** | **Expert Disclosures:** | June 1, 2013 |
| **3.** | **Supp. Expert Disclosures:** | June 12, 2013 |
| **4.** | **Expert Discovery Cutoff:** | July 15, 2013 |

The remaining deadlines, including the motion filing dates, the pretrial conference and the

trial date, will remain as set in the November 27, 2012 Scheduling Order. (Doc. 54). These

dates will not be continued.


IT IS SO ORDERED.


**Dated:   January 31, 2013**          /s/ **Barbara A. McAuliffe**

UNITED STATES MAGISTRATE JUDGE