Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650
Email: lpadway@padway.com

Attorneys for Defendants
Fresno French Bread Bakery, Inc.,
dba Basque French Bakery, and Alvin Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND, | Case No. 12-CV-00187 LJO-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES |
| vs. | Trial Date: October 22, 2013 |
| FRESNO FRENCH BREAD BAKERY, INC., d/b/a BASQUE FRENCH BAKERY, and ALVIN LEWIS, an individual, | Hon. Barbara A. McAuliffe |
| Defendants. | |

AND RELATED CROSS-ACTION

    Whereas, the parties agreed to January 22, 2013 for a mandatory settlement conference in this matter and to March 1, 2013 for the completion of non-expert discovery, but the Court was required to postpone the settlement conference and the earliest date on which it could be re-scheduled was March 19, 2013, which will follow the close of discovery;

    Whereas, the parties want to try and settle this matter before they incur significant discovery and other litigation expenses, and they can accomplish this only by postponing the expert and non-expert discovery deadlines in this matter, and those deadlines can be extended

1  without affecting the dates for the trial, pretrial conference, and filing and hearing of dispositive
2  motions in this matter;
3      Whereas, the Court's Order of November 27, 2012 set discovery deadlines as follows:
4          Expert Disclosures- 4/1/2013;
5          Supplemental Expert Disclosures- 4/12/2013;
6          Non-Expert Discovery Cutoff- 3/1/2013; and
7          Expert Discovery Cutoff- 5/15/2013
8      Whereas, there is a Settlement Conference scheduled for March 19, 2013 before Judge
9  Barbara A. McAuliffe;
10     Whereas, the parties wish to continue the discovery deadlines to potentially avoid
11 unnecessary expenditures;
12     Now, therefore, the parties stipulate to the following discovery deadline:
13         Close of Non-expert Discovery: June 15, 2013
14         Last Day for Expert Disclosure: June 1, 2013
15         Last Day for Supplemental Expert Disclosure: June 12, 2013
16         Close of Expert Discovery: July 15, 2013
17     This stipulation will not affect the ability of the parties to comply with the other deadlines
18 set forth in the Order for Pretrial Preparation.

21     IT IS SO STIPULATED.

23     Dated: January 29, 2013      /s/ Laurence F. Padway
                                    Laurence F. Padway
24                                  Attorney for defendant  Fresno French Bread Bakery, Inc.,
                                    dba Basque French Bakery, and Alvin Lewis

26     Dated: January 29, 2013      /s/ John C. Provost
                                    John C. Provost

Attorney for Trustees on Behalf of Northern California General Teamsters Security Fund

Dated: January 29, 2013    /s/ Nicholas P. Burke
Nicholas P. Burke
Attorneys for Cross-Defendant John Muir Health

## ORDER

The Court having considered the parties' stipulation to modify the discovery deadlines finds that good cause exists to continue the scheduling order deadlines to the following dates:

| | | |
|---|---|---|
| **1.** | **Non-Expert Discovery Cutoff:** | June 15, 2013 |
| **2.** | **Expert Disclosures:** | June 1, 2013 |
| **3.** | **Supp. Expert Disclosures:** | June 12, 2013 |
| **4.** | **Expert Discovery Cutoff:** | July 15, 2013 |

The remaining deadlines, including the motion filing dates, the pretrial conference and the trial date, will remain as set in the November 27, 2012 Scheduling Order. (Doc. 54). These dates will not be continued.

IT IS SO ORDERED.

Dated:   **January 31, 2013**              /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE