JOHN C. PROVOST, SBN 125458
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:     (916) 325-2100
Facsimile:      (916) 325-2120
Email:            jprovost@beesontayer.com

Attorneys for Plaintiffs,
TRUSTEES ON BEHALF OF THE NORTHERN
CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO FRENCH BREAD BAKERY, INC., d/b/a BASQUE FRENCH BAKERY and ALVIN LEWIS, an individual,<br><br>Defendants. | Case No. 12-CV-00187 LJO-BAM<br><br>**STIPULATION TO DISMISSAL WITHOUT PREJUDICE AND TO RETENTION OF JURISDICTION BY THE COURT, AND ORDER**<br><br>Complaint Filed: February 9, 2012<br>Trial Date:         October 22, 2013 |

  Plaintiffs, the TRUSTEES ON BEHALF OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY TRUST, and Defendants FRESNO FRENCH BREAD BAKERY, INC. d/b/a BASQUE FRENCH BAKERY and ALVIN LEWIS, hereby stipulate to the dismissal of this action without prejudice on the terms and conditions as follow:

  Plaintiffs and Defendants have agreed to settle this action in its entirety on terms that will require payments from Defendants to Plaintiffs during the period June, 2013 through July, 2014. The parties have also agreed to execute a stipulation to judgment to that effect, which they agree not

to file with the Court unless there is a default by Defendants.  In the event that there is a default and Plaintiffs seek to file the stipulation to judgment, the parties wish the Court to retain jurisdiction of this matter to enable Plaintiffs to do so.  Accordingly, the parties stipulate to the dismissal of this action without prejudice and to the Court retaining jurisdiction of this matter during the payment period set forth above and for a reasonable time thereafter in the event Plaintiffs do seek to file the stipulation to judgment between the parties.  If Plaintiffs do not attempt to do so by September 30, 2014, the parties will file a dismissal of this action with prejudice.

IT IS SO STIPULATED:

Dated: _____        BEESON, TAYER & BODINE, APC

                                       By: _____
                                           John Provost
                                           Attorneys for Plaintiffs, the TRUSTEES
                                           OF THE NORTHERN CALIFORNIA
                                           GENERAL TEAMSTERS SECURITY

Dated: _____        LAW OFFICE OF LAURENCE F. PADWAY

                                       By: _____
                                           Laurence F. Padway
                                           Attorneys for Defendants and Cross-
                                           Complainants FRESNO FRENCH BREAD
                                           BAKERY, INC. d/b/a BASQUE FRENCH
                                           BAKERY, and ALVIN LEWIS, an
                                           individual

   Pursuant to the parties' stipulation, this Court DISMISSES without prejudice this entire action and all claims with the expectation that the parties will later file a stipulation to dismiss with prejudice this entire action and all claims.

IT IS SO ORDERED.

   Dated:  **August 13, 2013**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE