UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND, <br><br>             Plaintiff, <br><br>   vs. <br><br> FRESNO FRENCH BAKERY, INC., et al., <br><br>             Defendants. <br> _____/ | CASE NO. CV F 12-0187 LJO BAM <br><br> **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 68.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice this entire action and all claims.

IT IS SO ORDERED.

Dated:   **January 16, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1